UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION: FORT LAUDERDALE

In Re:                                                                                    CASE NO.: 16-11691-PGH
                                                                                          CHAPTER 13
INA MARJAKANGAS,

_____Debtor._____/

## AMENDED EMERGENCY MOTION TO ALLOW SALE OF HOMESTEAD

**COMES NOW** the Debtor, Ina Marjakangas, by and through her undersigned counsel, and hereby files this Amended Emergency Motion to Allow Sale of Homestead and in support thereof states as follows:

1. Debtor filed a Chapter 13 Bankruptcy Petition on February 5, 2016.

2. Pursuant to said filing, the debtor claimed her homestead located at 3414 Willow Wood Road, Apartment 87, Lauderhill, FL 33319 as exempt.

3. The debtor is seeking a Court Order to authorize the sale of her homestead which is scheduled for March 26, 2020. The previous Emergency Motion mistakenly stated a closing date of April 26, 2020

4. The debtor will utilize the proceeds of the sale of her homestead for the purchase of another homestead and will segregate the said funds if closing is not simultaneous.

**WHEREFORE**, the Debtor seeks an Order authorizing the sale of her Homestead Property located at 3414 Willow Wood Road, Apartment 87, Lauderhill, FL 33319.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

SCOTT B. BABBITT, P.A.
800 West Cypress Creek Road
Suite 502
Ft. Lauderdale, FL 33309
Tel: (954) 771-5297
Fax: (954) 771-4893
Email: scott@babbittlaw.com

By: _____
SCOTT B. BABBITT
Attorney for Debtor
Fl. Bar No. 376779

**16-11691-PGH Notice will be electronically mailed to:**

Scott B Babbitt on behalf of Ina Marjakangas
scott@babbittlaw.com, maggie@babbittlaw.com

Isabel V Colleran on behalf of Creditor Priority One Credit Union
Isabel.colleran@blaxgray.com, legalassistb@blaxgray.com

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

Angela J Wallace on behalf of Creditor Broward County Records, Taxes & Treasury
ajwallace@broward.org, swulfekuhle@broward.org

Kenneth E Walton, II on behalf of Creditor Guylaine Fontaine
Kenneth@waltonlawfirm.com, G28326@notify.cincompass.com

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**16-11691-PGH Notice will not be electronically mailed to:**